UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS JR.,

                      Plaintiff,

-against-

CITY OF NEW YORK, ADW GREEN, CAPTAIN ISLAM, DW SHIVRAJ, DW MORALES, CO COXSON, CO KEVIN YOUNG, and CO RITTER,

                      Defendants.

22 Civ. 3819 (PGG)

**ORDER OF SERVICE**

PAUL G. GARDEPHE, U.S.D.J.:

       Plaintiff, who is currently incarcerated at the George R. Vierno Center on Rikers Island, brings this pro se action under 42 U.S.C. § 1983, alleging that Defendants violated his rights. By order dated June 1, 2022, the Court granted Plaintiff's request to proceed in forma pauperis (IFP), that is, without prepayment of fees.[1]

## DISCUSSION

### A. Waiver of Service

       The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York, ADW Green, Captain Islam, DW Shivraj, DW Morales, CO Coxson, CO Kevin Young, and CO Ritter waive service of summons.

### B. Local Civil Rule 33.2

       Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. See 28 U.S.C. § 1915(b)(1).

requests are available on the Court's website under "Forms" and are titled ["Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents."](#)  Within 120 days of service of the complaint, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

## CONCLUSION

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order.  The Court requests that Defendants the City of New York, ADW Green, Captain Islam, DW Shivraj, DW Morales, CO Coxson, CO Kevin Young, and CO Ritter waive service of summons.

Local Civil Rule 33.2 applies to this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail an information package to Plaintiff.

Dated: New York, New York
       June 6, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.