```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS JR.,

        Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

        Defendants.

22-CV-3819 (PGG) (KHP)

**AMENDED ORDER OF SERVICE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    Plaintiff, who is currently incarcerated at the George R. Vierno Center on Rikers Island, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his rights. By order dated June 1, 2022, the Court granted Plaintiff's request to proceed in forma pauperis (IFP), that is, without prepayment of fees. On June 22, 2022, Plaintiff amended his Complaint naming additional defendants (ECF No. 14), thereby requiring an amended order of service.

    The Court requests that the City of New York, ADW Green, Captain Islam, DW Shivraj, DW Morales, CO Coxson, CO Kevin Young, CO Ritter, Charlton Lemon, C.O. Walker, C.O. Leech, Fedir Merenych, Dr. Nicholas, Katherine Powell and Joanne Matos waive service of summons.

    Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to standard discovery requests, applies to this action. The standard discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of this order, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: July 5, 2022
      New York, New York

                                            **SO ORDERED.**

*[signature: Katharine H. Parker]*

**KATHARINE H. PARKER**
**United States Magistrate Judge**