USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS JR.,

      Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

      Defendants.

22-CV-3819 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court has received and reviewed Plaintiff's letters at ECF Nos. 12, 13, 15, 16, 17, 18, 24, 25, 26, 27, 28. The Court responds as follows:

- Plaintiff's request to seal the case number and personal information is denied. (ECF No. 12.) Plaintiff has not identified any specific personal information in his complaint that warrants sealing. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 112 (2d Cir. 2006).

- To the extent Plaintiff is seeking to obtain discovery from Defendants (ECF Nos. 13, 15, 16, 24, and 28), the parties shall be prepared to discuss the same at the initial case management conference scheduled for September 13, 2022.

- As to Plaintiff's request seeking appointment of counsel (ECF No. 17), that request is denied without prejudice. In civil cases such as this, an indigent litigant is not entitled to court-appointed counsel—unlike in a criminal case. *Hodge v. Police Officers*, 802 F.2d 58, 60 (2d Cir. 1986). Plaintiff may renew his request at a later date if necessary. The Court will discuss the timing of any such renewed request at the initial conference.

- Plaintiff's request to be provided an economist, a private investigator, and a

- psychiatrist to assist in his case is denied. (ECF No. 18, 26.) The Court does not have the resources or authority to make such appointments.

- To the extent Plaintiff is seeking a Court order from this court for medical attention and access to the facility law library (ECF No. 25), Plaintiff shall make such requests to the state court in which his underlying case is pending and/or the applicable grievance committee in his detention facility.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: August 8, 2022
New York, New York

SO ORDERED.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**