```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS JR.,

       Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

       Defendants.

22-CV-3819 (PGG) (KHP)

**ORDER RESCHEDULING CASE MANGEMENT CONFERERNCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The telephonic Case Management Conference in this matter scheduled for Wednesday, February 1, 2023 at 11:00 a.m. is hereby rescheduled to **Tuesday, February 7, 2023 at 2:00 p.m.**

It is hereby **ORDERED** that the Warden or other official in charge of the George R. Vierno Center Correctional Facility produce plaintiff **Alexander Williams, Jr., NYSID #01897858L/B&C #1411801632, on Wednesday, February 7, 2023 at 2:00 p.m.,** to a suitable location within the George R. Vierno Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the George R. Vierno Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at **(866) 434-5269, Access code: 4858267**, with the plaintiff on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

**SO ORDERED.**

DATED:   New York, New York
January 6, 2023

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**