```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS JR.,

    Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

    Defendants.

22-CV-3819 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed in the February 7, 2023 conference, Defendant's deadline to produce initial disclosures to the Plaintiff is extended to **Thursday, April 6, 2023**. The deadline to respond or object to Plaintiff's document requests is **April 6, 2023**.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

**SO ORDERED.**

DATED:    New York, New York
              February 8, 2023

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**