USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ALEXANDER WILLIAMS JR., |
| :--- |
| Plaintiff, |
| -against- |
| CITY OF NEW YORK, ET AL., |
| Defendants. |

22-CV-3819 (PGG) (KHP)

**ORDER REQUESTING SERVICE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

By order dated June 1, 2022, the Court granted Plaintiff's request to proceed in forma pauperis. To allow Plaintiff to effect service on Defendant Nicolas Frantz through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Plaintiff. According to Defendant City of New York's filings, the service address for Defendant Frantz is: Frantz, Nicolas, PA; c/o Gwendolyn Renee Tarver, PAGNY-Correction Health Services, 49-04 19th Avenue 1st Floor; Astoria, New York 11105.

The Clerk of Court is further respectfully instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendant Frantz.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

**SO ORDERED.**

DATED:   New York, New York
         February 8, 2023

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**