USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/01/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER WILLIAMS, JR., <br><br> Plaintiff, <br><br> -against- <br><br> CITY OF NEW YORK et al., <br><br> Defendants. | 22-CV-3819 (PGG) (KHP) <br><br> **ORDER SCHEDULING TEAMS** <br> **SETTLEMENT CONFERENCE** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A video settlement conference is scheduled on **Friday, October 20, 2023 at 9:00 a.m**. It is ORDERED that the Warden or other official in charge of the George R. Vierno Center (the "Facility") produce **Plaintiff Alexander Williams, Jr., B&C No. 1411801632/NYSID 01897858L, on Friday, October 20, 2023 no later than 9:00 a.m.** to a suitable location in the Facility that is equipped with a computer with internet service, for the purpose of participating in the conference. If the scheduled time and date presents a hardship, the Warden or Warden's designee should promptly inform chambers by calling (212) 805-0234.

The video conference will be held via Teams and the Court will send the Teams link to counsel for Defendant and pro bono counsel in advance of the conference.  Pro bono counsel and Defense Counsel shall make sure the Facility has the Teams link so that Plaintiff can join the conference.

Defendants must send the person(s) with decision making authority to settle the matter to the conference. Defendants' counsel must send this Order to the Warden or other official in charge of the Facility immediately.

**Defendants shall email a copy of this order to Plaintiff's pro bono counsel: Robert J. O'Loughlin – 1285 Avenue of the Americas New York, New York 10019-6064**

**The Clerk of Court is requested to mail a copy of this order to Plaintiff.**

Dated: August 1, 2023
New York, New York

SO ORDERED.

_____
**KATHARINE H. PARKER
United States Magistrate Judge**