

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2023

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **MARY JANE ANDERSON**<br>*Assistant Corporation Counsel*<br>Phone.: (212) 356-2415<br>Fax: (212) 356-3509<br>maanders@law.nyc.gov |

December 6, 2023

VIA E.C.F.
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

      Re:    Alexander Williams Jr. v. City of New York, et al.,
              22-CV-3819 (PGG) (KHP)

Your Honor:

      I am an Assistant Corporation Counsel of the New York City Law Department and the attorney representing defendants the City of New York, New York City Department of Correction Deputy Warden Morales, DOC Assistant Deputy Warden Greene, DOC Officer Ritter, DOC Officer Leitch, DOC Officer Walker, DOC Officer Young, DOC Officer Coxson, DOC Captain Merenych, and DOC Chief Lemon (collectively, "Defendants") in this is matter. I write to respectfully request an adjournment of the settlement conference scheduled in this matter for December 8, 2023.

      A settlement conference was originally scheduled in this matter for October 20, 2023. On October 16, 2023, the Court granted Plaintiff's request for an adjournment from the previously scheduled October 20, 2023 settlement conference as counsel had not had an opportunity to consult fully with plaintiff. In that Order, the Court Ordered that "Defendants' counsel must send this Order to the Warden or other official in charge of the Facility immediately. Defendants shall email a copy of this order to Plaintiff's pro bono counsel: Robert J. O'Loughlin - 1285 Avenue of the Americas New York, New York 10019-6064." While I had forwarded the first Order scheduling the October 20, 2023 settlement conference to Plaintiff's facility at the time, due to an unintentional oversight, I failed to send the second Order scheduling the December 8, 2023 conference. Plaintiff's counsel brought this to my attention this morning after they reached out to the Auburn Correctional Facility to provide them with the information for the conference. I immediately contacted plaintiff's facility to see if my mistake could be remedied. However, given the number of other commitments at Auburn on Friday, they are unable to make plaintiff available. I sincerely apologize to the Court, plaintiff and his counsel for my mistake.

In an effort to remedy my oversight and schedule a conference as as quickly as possible, I spoke with a representative from Auburn Correctional Facility today. During that phone call, the representative indicated to me that there is availability during the week of December 18, 2023. Plaintiff's pro bono counsel has indicated to me that they are available the week of December 18, 2023 except for December 19, 2023. To the extent that the Court is also able to hold the settlement conference that week, I am available every day except December 19, 2023, as I have a settlement conference scheduled in another matter, <u>Christopher Chabrier v. Martinez et al</u>. 22-CV-6239 (GHW) (JW). However, I understand that it may not be feasible for a conference to be scheduled that week, and respectfully request an adjournment of the conference to a date that is convenient for the Court.

<u>In addition, I write to inform the Court that I am the sole attorney assigned to this case, and was the sole attorney assigned to this case in October of 2023. We intend to file notices to withdraw as counsel for the remaining attorneys on the docket in this matter as soon as practicable to avoid any confusion.</u>

I thank the Court for its time and consideration herein.

Respectfully submitted,

*Mary Jane Anderson*           /s/
Mary Jane Anderson
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC:   <u>VIA E.C.F.</u>
      *All Counsel of Record*

CC:   <u>VIA FIRST-CLASS MAIL</u>
      Alexander Williams, Jr.
      #23B3963
      Auburn C.F.
      NYSID #01897858L
      P.O. Box 618
      Auburn, NY 13024

**APPLICATION GRANTED:** The video settlement conference in this matter scheduled for Friday, December 8, 2023 at 10:00 a.m. is hereby rescheduled to <u>Thursday, February 1, 2024 at 2:00 p.m.</u> It is ORDERED that the Warden or other official in charge of the Auburn Correctional Facility produce <u>Plaintiff Alexander Williams, Jr., DIN No. 23-B-3963/NYSID 01897858L, on Thursday, February 1, 2024 no later than 2:00 p.m.</u> to a suitable location in the Facility that is equipped with a computer with internet service, for the purpose of participating in the conference. If the scheduled time and date presents a hardship, the Warden or Warden's designee should promptly inform chambers by calling (212) 805-0234. The video conference will be held via Teams and the Court will send the Teams link to counsel for Defendant and pro bono counsel in advance of the conference. Pro bono counsel and Defense Counsel shall make sure the Facility has the Teams link so that Plaintiff can join the conference. Defendants must send the person(s) with decision making authority to settle the matter to the conference. <u>Defendants' counsel must send this Order to the Warden or other official in charge of the Facility immediately.</u> Defendants shall email a copy of this order to Plaintiff's pro bono counsel: Robert J. O'Loughlin - 1285 Avenue of the Americas New York, New York 10019-6064

<u>The Clerk of Court is requested to mail a copy of this order to Plaintiff.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

12/07/2023