

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __02/01/2024__
```

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **MARY JANE ANDERSON**<br>*Assistant Corporation Counsel*<br>Phone.: (212) 356-2415<br>Fax: (212) 356-3509<br>maanders@law.nyc.gov |

**MEMO ENDORSED**

VIA E.C.F.
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

January 31, 2024

   Re: Alexander Williams Jr. v. City of New York, et al.,
      22-CV-3819 (PGG) (KHP)

Your Honor:

   I am an Assistant Corporation Counsel of the New York City Law Department and the attorney assigned to the above referenced matter. I write to respectfully request an adjournment of the settlement conference scheduled in this matter for tomorrow. Plaintiff consents to this request. This is the second request for an adjournment of the settlement conference which was previously scheduled for October 20, 2023.

   This morning, I was informed by a representative from Auburn Correctional Facility that Plaintiff has been transferred to Green Haven Correctional Facility, and therefore would be unavailable for the scheduled phone call. My office reached out to Green Haven, who are unable to accommodate the phone call as they have other calls scheduled for that time. Green Haven has stated that they do not have dates for phone calls available until February 20th, and that their calls are generally scheduled between 9 a.m. and 2 p.m. Additionally, plaintiff's counsel is unavailable until February 23, 2024. Plaintiff's counsel is also unavailable March 4th, 5th and 8th Accordingly, we respectfully request that the Court adjourn the conference to a date after February 23rd when all parties are available and is convenient to the Court.

   The parties understand that this request is being made less than 48 hours in advance of the conference. Nevertheless, we respectfully contend that there is good cause for the instant request under Federal Rule of Civil Procedure 6, as we were not informed of Plaintiff's transfer until this morning.

I thank the Court for its time and consideration herein.

> Respectfully submitted,
>
> *Mary Jane Anderson*            /s/
> Mary Jane Anderson
> *Assistant Corporation Counsel*

CC:   VIA E.C.F.
      *All Counsel of Record*

CC:   VIA FIRST-CLASS MAIL
      Alexander Williams, Jr.
      #23B3963
      Auburn C.F.
      NYSID #01897858L
      P.O. Box 618
      Auburn, NY 13024

---

**APPLICATION GRANTED:** The video settlement conference in this matter scheduled for Thursday, February 1, 2024 at 2:00 p.m. is hereby rescheduled to Tuesday, March 26, 2024 at 10:00 a.m. It is ORDERED that the Warden or other official in charge of the Green Haven Correctional Facility produce Plaintiff Alexander Williams, Jr., DIN No. 23-B-3963/NYSID 01897858L, on Tuesday, March 26, 2024 no later than 10:00 a.m. to a suitable location in the Facility that is equipped with a computer with internet service, for the purpose of participating in the conference. If the scheduled time and date presents a hardship, the Warden or Warden's designee should promptly inform chambers by calling (212) 805-0234. The video conference will be held via Teams and the Court will send the Teams link to counsel for Defendant and pro bono counsel in advance of the conference. Pro bono counsel and Defense Counsel shall make sure the Facility has the Teams link so that Plaintiff can join the conference. Defendants must send the person(s) with decision making authority to settle the matter to the conference. Defendants' counsel must send this Order to the Warden or other official in charge of the Facility immediately. Defendants shall email a copy of this order to Plaintiff's pro bono counsel: Robert J. O'Loughlin - 1285 Avenue of the Americas New York, New York 10019-6064.
The Clerk of Court is diected to mail a copy of this endorsement to the Plaintiff Alexander Williams, Jr. DIN #23B3963/ NYSID #01897858L Green Haven Correctional Facility 594 Rt. 216 Stormville, NY 12582-0010

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
02/01/2024