```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS JR.,

    Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

    Defendants.

22-CV-3819 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    The parties have represented that they have reached an agreement to settle both the instant action in this case, and another case is in this district (See *Alexander Williams Jr. v City of New York et al.*, 22 Civ. 10537 (JHR) (SDA)).  ECF No. 108.  The parties are ordered to file a joint status letter **by Friday, May 31, 2024**, to provide an update on settlement in both cases.

    The Clerk of Court is requested to mail a copy of this order to the Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
             May 20, 2024

*[signature: Katharine H Parker]*
_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**